FAHY CHOI, LLC.
Meadows Office Complex
301 Route 17 North, 9th Floor
Rutherford, New Jersey 07070
201-438-0200
Attorney for Defendant Dong Won Kim

| | |
|---|---|
| UNITED STATES OF AMERICA : | UNITED STATES DISTRICT COURT |
| : | FOR THE DISTRICT OF NEW JERSEY |
| v. : | |
| : | DOCKET No. 11-00754-011 |
| : | |
| DONG WON KIM : | ORDER EXTENDING DATE FOR |
| a/k/a "Andy" : | SELF-SURRENDER AND MODIFYING |
| : | BAIL CONDITIONS |
| Defendant : | |
| : | |

This matter having come before the Court on application of Defendant Dong Won Kim, by Fahy Choi, LLC., and consent to the entry of the Order having been given by Paul J. Fishman, United States for the District of New Jersey, by Anthony Moscato, AUSA, for an Order granting an extension of Defendant's self-surrender date for a period of 90 days and further, adjusting the condition of bail from home confinement to curfew with electronic monitoring; and for good cause shown;

IT IS THEREFORE, on this 26th day of June, 2012,

ORDERED that the Defendant's self-surrender date be extended from June 28, 2012 for a period of no less than 90 days; and it is further,

ORDERED that Defendant's bail conditions be modified from home confinement to curfew and electronic monitoring with hours to be approved by Pretrial Services.

_____
Honorable Katharine S. Hayden, U.S.D.Ct.J.

Form and entry consented to:

_____
Benjamin B. Choi, Esq.
Counsel for Defendant Dong Won Kim

_____
Anthony Moscato
Assistant United States Attorney