FAHY CHOI, LLC.
Meadows Office Complex
301 Route 17 North, 9th Floor
Rutherford, New Jersey 07070
201-438-0200
Attorney for Defendant Dong Won Kim

| | |
|---|---|
| UNITED STATES OF AMERICA : | UNITED STATES DISTRICT COURT |
| : | FOR THE DISTRICT OF NEW JERSEY |
| v. : | |
| : | DOCKET No. 11-00754-011 |
| : | |
| DONG WON KIM : | ORDER EXTENDING DATE FOR |
| a/k/a "Andy" : | SELF-SURRENDER AND MODIFYING |
| : | BAIL CONDITIONS |
| Defendant : | |

This matter having come before the Court on application of Defendant Dong Won Kim, by Fahy Choi, LLC., and consent to the entry of the Order having been given by Paul J. Fishman, United States for the District of New Jersey, by Anthony Moscato, AUSA, for an Order granting an extension of Defendant's self-surrender date for a period of 6 months;

IT IS THEREFORE, on this 18th day of September, 2012,

ORDERED that the Defendant's self-surrender date be extended from September 26, 2012 for a period of not less than 6 months; and it is further,

FURTHER ORDERED that a copy of this Order be served upon all Parties within 5 days of its entry.

_____
Honorable Katharine S. Hayden, U.S.D.Ct.J.

Form and entry consented to:

_____
Benjamin B. Choi, Esq.
Counsel for Defendant Dong Won Kim

_____
Anthony Moscato
Assistant United States Attorney